**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 26, 2015

Mr. John Sholtis
101 Forest Rd.
Whitsitt, TX 78071

Hon. Peter Steiner
Bonilla & Chapa
Attorneys At Law
2727 Morgan Ave.
Corpus Christi, TX 78405
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00023-CV
Tr.Ct.No. CV01590
Style:   John Sholtis v. Jesse Rodriguez and Irma Rodriguez

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   County Court of Live Oak County
      Hon. Karen Irving, Live Oak County Clerk (DELIVERED VIA E-MAIL)